IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RUSSELL HOLLEY,** *et al.*                                                      **PLAINTIFFS**

v.                                  **Case No. 4:18-cv-00572-KGB**

**BITESQUAD.COM LLC**
**d/b/a BITE SQUAD**                                                 **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 25). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the parties' joint stipulation of dismissal. The action is dismissed with prejudice, with each party to bear its own fees and costs.

So ordered this the 17th day of January 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge